CONSOLIDATED RUBBER TIRE COMPANY, Appellant, *v.* FIRESTONE TIRE AND RUBBER COMPANY, Respondent.

*Consolidated Rubber Tire Co.* v. *Firestone Tire & Rubber Co.*, 135 App. Div. 805, affirmed.
(Argued June 1, 1910; decided June 17, 1910.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1909, which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint and sustained such demurrer in an action to recover royalties due under an alleged license agreement.

The following question was certified : " Does the complaint herein state facts sufficient to constitute a cause of action ? "

*Charles W. Stapleton* for appellant.

*Philip B. Adams* and *Amos C. Miller* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.    Absent: CULLEN, Ch. J.